Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 3

|  |  |
|---|---|
| **Plaintiff,**<br>v.<br>**UNITED STATES,**<br>**Defendant.** | **S U M M O N S**<br>21-00587 |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. _____
   (Name and standing of plaintiff)

2. _____
   _____
   _____
   (Brief description of contested determination)

3. _____
   (Date of determination)

4. _____
   (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

_____
Signature of Plaintiff's Attorney

_____
Date

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

## SERVICE OF SUMMONS BY CLERK
<u>Ajmal Steel Tubes & Pipes Industries LLC v. United States</u>
21-00587

Pursuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

**UPON THE UNITED STATES:**
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
Commercial Litigation Branch
National Courts Section
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Director
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**
Leslie Kiernan
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

## NOTICE TO INTERESTED PARTIES
<u>Ajmal Steel Tubes & Pipes Industries LLC v. United States</u>
21-00587

I, David G. Forgue of the law firm Barnes, Richardson & Colburn LLP, hereby certify that on November 18, 2021, pursuant to CIT Rule 3(f), I caused all interested parties who were a party to the proceeding below, to be notified by mailing copies of the foregoing Summons, Form 5, Form 13, and Forms 17, by certified mail, return receipt requested:

Roger B. Schagrin, Esq.
Schagrin Associates
900 7th Street, NW Suite 500
Washington, DC 20001
Phone: 202-223-1700
Email: rschagrin@schagrinassociates.com

Robert E DeFrancesco III, Esq.
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
Phone: 202-719-7000
Email: rdefrancesco@wiley.law

Robert George Gosselink, Esq.
Trade Pacific PLLC
660 Pennsylvania Avenue, SE Suite 401
Washington, DC 20002
Phone: 202-223-3760
Email: rgosselink@tradepacificlaw.com

Jeffrey S. Grimson, Esq.
Mowry & Grimson PLLC
5335 Wisconsin Avenue, NW Suite 810
Washington, DC 20015
Phone: 202-688-3610
Email: jsg@mowrygrimson.com

s/ David G. Forgue