## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AJMAL STEEL TUBES & PIPES IND. LLC, | : |
| *Plaintiff*, | : |
| v. | : Court No. 21-00587 |
| | : Jane A. Restani, Senior Judge |
| UNITED STATES, | : |
| *Defendant*, | : |
| WHEATLAND TUBE COMPANY, | : |
| *Defendant-Intervenor*. | : |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned hereby gives notice that Lois E. Wetzel is no longer affiliated with Barnes, Richardson & Colburn LLP, counsel for the plaintiff Ajmal Steel Tubes & Pipes Ind. LLC. Ms. Wetzel should be removed as an attorney of record in the above-captioned matters. Barnes, Richardson & Colburn LLP remains counsel to plaintiff and David G. Forgue remains lead counsel.

    Respectfully submitted,
    **BARNES, RICHARDSON & COLBURN LLP**

    By: /s/ David G. Forgue
    David G. Forgue
    303 East Wacker Drive
    Suite 305
    Chicago, IL 60601
    (312) 297-9555

August 26, 2022