Slip Op. 23-27

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **AJMAL STEEL TUBES & PIPES INDUSTRIES LLC,**<br><br>      Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>      Defendant,<br><br>**WHEATLAND TUBE COMPANY,**<br><br>      Defendant-Intervenor. | Before: Jane A. Restani, Judge<br><br>Court No. 21-00587 |

## JUDGMENT

Following remand, the United States Department of Commerce ("Commerce") submitted the Final Results of Redetermination Pursuant to Court Remand, ECF No. 43 (Jan. 26, 2023) ("Remand Results").  Neither plaintiff Ajmal Steel Tubes & Pipes Industries LLC nor defendant-intervenor Wheatland Tube Company submitted comments on the Remand Results.  The Remand Results comply with the court's remand order.  Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED** that the Remand Results by Commerce are **SUSTAINED**.

                                                                           /s/ Jane A. Restani
                                                                          Jane A. Restani, Judge

Dated: March 3, 2023
          New York, New York